UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**ALFREDO MARTINEZ RIQUENE**         **CIVIL CASE NO.  6:23-CV-01824**

**VERSUS**                           **JUDGE DAVID C. JOSEPH**

**I D NUMBER, ET AL**                **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 14], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that the instant matter be DISMISSED WITH PREJUDICE as frivolous.

THUS DONE AND SIGNED in chambers on this 24th day of October 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE